# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **CHRISTOPHER BOUTON** | **CIVIL ACTION NO.:** |
| **VERSUS** | **JUDGE:** |
| **MANSON CONSTRUCTION CO.** | **MAGISTRATE:** |

## SEAMAN'S ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW, Christopher Bouton (hereinafter sometimes referred to as "Complainant"), who, petitioning this Honorable Court for damages and for cause of actions, respectfully represents as follows:

1.

Complainant's causes of actions herein are grounded upon the Jones Act, 46 U.S.C. § 30104, the general maritime laws of the United States of America, and the laws of the State of Louisiana and are brought under the jurisdiction of this Honorable Court conferred by Article III, Sect. 2, cl. 3 of the United States Constitution and by virtue of being a case in admiralty and maritime law pursuant to Title 28 U.S.C. § 1333. Complainant hereby designates his claims pursuant to Rule 9(h) of the Federal Rules of Civil Procedure as that for relief under the admiralty or maritime jurisdiction of this Court.

**2.**

These are actions sounding in contract and in tort for damages resulting from injuries to your Complainant arising out of the fault or negligence of the parties made defendants herein and/or the unseaworthiness of a vessel owned and operated by such defendants.

3.

Christopher Bouton is of the full age of majority and domiciled in the Parish of Iberia Parish, State of Louisiana.

4.

Made Defendant herein is Manson Construction Co., a domestic entity authorized to do and doing business in the State of Louisiana and in the Western District of the United States District Court, who may be served with process and citation through its registered agent for service of process, John Roques, 392 Old Bayou Dularge Road, Houma, LA 70363.

5.

At all times relevant, Manson Construction Co. owned and/or operated a fleet of vessels, including a certain tug/barge combination which navigated and conducted operations in connection with the removal of old pilings.

6.

At all time relevant, your Complainant, Christopher Bouton, enjoyed status as a Jones Act Seaman and was employed by Manson Construction Co. as a deck hand, assigned to a fleet of vessels owned and/or rented, operated, and manned by Manson Construction Co., Complainant doing the work of such vessels, contributing to the functions and the accomplishments of the

missions of the foregoing vessels, while said vessels were positioned in navigable waters at the Blount Island Marine Terminal, Jacksonville, Florida.

7.

On or about April 10, 2021, Christopher Bouton was performing his duties upon the vessel owned/rented by Manson Construction Co. while she was positioned in navigable waters at the Blount Island Marine Terminal, Jacksonville, Florida.  Complainant was removing old piling from the deck of the vessel to be brought down to Intracoastal to be unloaded when a 70# shackle fell, landing on his left foot and causing serious injury.

8.

The aforedescribed injuries and damages to your Complainant were caused by the fault or negligence of Manson Construction Co., its employees, representatives or agents and/or unseaworthiness of the vessel and her appurtenances, rendering Manson Construction Co. liable under the Jones Act, 46 U.S.C. § 30104, the general maritime laws and the general maritime laws as supplemented by the laws of the State of Louisiana, by breach of certain obligations imposed thereby, in the following, non-exclusive particulars:

a. Failure to furnish Complainant with a safe place to work;

b. Creating and maintaining a condition presenting unreasonable risks of harm to Complainant and/or so as to prevent the vessel from being reasonably fit for her intended purpose;

c. Operation of the vessel and/or her appurtenances in such a manner as to cause injuries to Complainant;

d. Failure to equip and/or utilize the vessel and/or her appurtenances with tools or equipment so as to prevent her from presenting unreasonable risks or harm to Complainant and/or so as to prevent her from being reasonable fit for her intended purpose;

    e.  Failure to adequately tool and/or equip the vessel;

    f.  Failure to erect proper safeguards and/or properly warn of the hazards, defects or conditions of and/or upon the vessel, presenting unreasonable risks of harm to your Complainant and/or presenting conditions rendering such vessel unreasonably fit for her intended purpose;

    g.  Failure to render safe the vessel, her appurtenances and/or the operations thereon;

    h.  Failure to prevent a hazard, defect or condition on the vessel, from presenting unreasonable risks of harm to Complainant and/or conditions rendering such vessels not reasonably fit for her intended purpose; causing damage or injury to Complainant;

    i.  Employment of a method of operation of the vessel, presenting unreasonable risks of harm to your Complainant and/or causing the vessel to not be reasonably fit for her intended purpose;

    j.  Failure to adequately train the crew of the vessel;

    k.  Employment of operational practices, policies and/or procedures upon the vessel, causing unreasonable risks of harm to Complainant and/or causing the vessel not to be reasonably fit for her intended purpose;

    l.  Failure to do what it should have done and failure to see what it should have seen.

9.

Manson Construction Co. is presumed negligent by violation of statutory duties imposed by federal and/or Louisiana law for ownership, use, maintenance and/or operation of its vessel and/or fleet of vessels.

10.

Complainant claims the aforedescribed incident, injuries and damages were caused as a result of the fault and/or negligence of Manson Construction Co. and/or the unseaworthiness or the vessel, Defendant having the care, custody, control and *garde* of such vessel and her appurtenances, the conditions thereon creating unreasonable risks of harm and/or rendering the vessel unfit for her intended purposes, being of a nature not existent absent negligence on the part of Defendant herein.

11.

Your Complainant brings further action against Manson Construction Co. for breach of its obligation under the general maritime law to afford Complainant with maintenance and cure on the following, non-exclusive particulars;

  a. Willful, wanton and arbitrary refusal and/or failure to afford Complainant with medical care for treatment of injuries caused as a result of the aforedescribed accident while Complainant was in the service of a Manson vessel;

  b. Willful, wanton and arbitrary refusal and/or failure to provide Complainant with maintenance; and/or,

  c. Willful, wanton and arbitrary refusal and/or failure to reasonably investigate the maintenance and cure claims of Complainant.

12.

As a result of the aforedescribed incident, injuries and damages, Defendant is liable to Christopher Bouton for past, present and future medical expenses, loss of earnings, loss of earning capacity, benefits, loss of enjoyment of life, mental anguish, disability, disfigurement, mental and physical pain and suffering and psychological injuries, and any and all other items of damage, which may be proven at trial on the merits, in an amount not less than $5,000,000.00, in addition to compensatory and punitive damages, and attorney fees in an amount not less than $1,000,000.00 as a result of defendants' willful, wanton and arbitrary conduct in connection with their failure to provide Complainant with maintenance and cure.

WHEREFORE, above premises considered, Christopher Bouton respectfully prays that Manson Construction Co. be duly cited to appear and answer and after all legal delays and due proceedings had, this Honorable Court render judgment in favor of your Complainant and against defendant in an amount not less than $6,000,000.00, together with pre-judgment and post-judgment interests and costs.

AND FOR ALL GENERAL AND EQUITTABLE RELIEF, ETC.

        **Respectfully submitted,**

        **CRAIG A. DAVIS, APLC**
        s//Craig A. Davis

        **CRAIG A. DAVIS**
        *A Professional Law Corporation*
        Bar Roll No. 23024
        111 Mercury Street
        Lafayette, Louisiana 70503
        Telephone:  337/231-5351
        Facsimile:   337/289-1219
        Email: craig@craigadavis.com
        **COUNSEL FOR CHRISTOPHER BOUTON**